IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Charles M. Cassell III,  :
    Petitioner  : Civil Action 2:12-cv-00964

v.  : Judge Marbley

Parole or Probation Officers
of the United States, *et al.*,  : Magistrate Judge Abel
    Respondent
        :

**ORDER**

Petitioner Charles M. Cassell III brings this action under 28 U.S.C. §2254 seeking removal of a federal detainer that limits the programs that he is eligible to participate in while incarcerated. This matter is before the Court on Magistrate Judge Abel's October 22, 2012 Report and Recommendation that the petition for writ of habeas corpus under 28 U.S.C. §2255 be denied.

No objections to the Report and Recommendation have been filed. Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation.

The petition for writ of habeas corpus is DENIED. This action is hereby DISMISSED. The Clerk of Court is DIRECTED to enter JUDGMENT for respondent.

                                                s/Algenon L. Marbley
                                                Algenon L. Marbley
                                                United States District Judge